```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                          Case No. 20-00087-RNO
Efrain Bruno                                                    Chapter 13
Josephine Josie Bruno
        Debtors                   **CERTIFICATE OF NOTICE**

District/off: 0314-5        User: AutoDocke        Page 1 of 1        Date Rcvd: Jul 01, 2020
                            Form ID: nthrgreq      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2020.
          +Kevin A Hardy Esquire,    PO Box 818,    Stroudsburg, PA 18360-0818

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 1, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt     on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov,    DPugh@monroecountypa.gov
              Philip W. Stock     on behalf of Creditor    Stillwater Lakes Civic Association, Inc. pwstock@ptd.net
              Robert J Kidwell, III    on behalf of Debtor 1 Efrain    Bruno rkidwell@newmanwilliams.com,
               rjkidwell3rd@gmail.com;lbeaton@newmanwilliams.com;eapotito@hotmail.com;mdaniels@newmanwilliams.co
               m
              Robert J Kidwell, III    on behalf of Debtor 2 Josephine Josie Bruno rkidwell@newmanwilliams.com,
               rjkidwell3rd@gmail.com;lbeaton@newmanwilliams.com;eapotito@hotmail.com;mdaniels@newmanwilliams.co
               m
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent    Rubino     on behalf of Debtor 1 Efrain    Bruno
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newm
               anwilliams.com;swiggins@newmanwilliams.com
              Vincent    Rubino     on behalf of Debtor 2 Josephine Josie Bruno
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newm
               anwilliams.com;swiggins@newmanwilliams.com
                                                                                                   TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Efrain Bruno

**Debtor 1**

Josephine Josie Bruno
aka Josie Bruno, aka Josephine Gomez, aka Josephine Bruno, aka Josephine J. Bruno, aka Josephine Gomez Bruno

**Debtor 2**

Chapter: 13

Case number: 5:20−bk−00087−RNO

Document Number: 32

Matter: Debtors' Objection to Proof of Claim 13 and Claimant's Answer thereto

Efrain Bruno
Josephine Josie Bruno
**Movant(s)**

vs.

Stillwater Lakes Civic Association, Inc.
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on January 9, 2020.

A hearing on the above referenced matter has been scheduled for:

| **United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701** | **Date:** 8/19/20 **Time:** 09:30 AM |
|---|---|

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: ChristopherGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: July 1, 2020 |

nthrgreq(02/19)