# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 5:20-bk-00087-RNO |
|    EFRAIN BRUNO | : | |
|    JOSEPHINE JOSIE BRUNO, | : | CHAPTER 13 |
|        Debtors | : | |
| | : | |
| EFRAIN BRUNO | : | Answer to Objection to Claim of |
| JOSEPHINE JOSIE BRUNO, | : | Exemptions (Doc. 52) |
|        Objectors | : | |
|      v. | : | |
| STILLWATER LAKES CIVIC ASSOCIATION, | : | |
| INC., | : | |
|        Respondent | : | |

## CERTIFICATE OF SERVICE

I, Robert J. Kidwell, hereby certify that service upon the following, as indicated below, was made by serving a true and correct copy of the Answer to Objection to Claim of Exemptions upon the Movant and Movant's attorney by mailing same to them by First Class Mail and upon the Trustee by electronically filing same with the Clerk of Courts on November 16, 2020 at the following addresses:

STILLWATER LAKES CIVIC  
ASSOCIATION  
5144 HUMMINGBIRD DRIVE  
POCONO SUMMIT, PA 18346-7674

Philip W. Stock  
706 Monroe Street  
Stroudsburg, PA 18360-2270

**NEWMAN WILLIAMS, P.C.**

s/ Robert J. Kidwell, Esquire  
Attorney for Debtors