United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                  Case No. 20-00087-RNO
Efrain Bruno                                       Chapter 13
Josephine Josie Bruno
       Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-5                   User: AutoDocke                   Page 1 of 2
Date Rcvd: Dec 02, 2020              Form ID: pdf010                Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2020:**

**Recip ID**           **Recipient Name and Address**
jdb                 Josephine Josie Bruno, PO Box 1013, Pocono Summit, PA 18346-1013

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 04, 2020                           Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| Monroe County Tax Claim Bureau | MKnitter@monroecountypa.gov  DPugh@monroecountypa.gov |
| Philip W. Stock | on behalf of Creditor Stillwater Lakes Civic Association  Inc. pwstock@ptd.net |
| Robert J Kidwell, III | on behalf of Debtor 1 Efrain Bruno rkidwell@newmanwilliams.com<br>rjkidwell3rd@gmail.com;lbeaton@newmanwilliams.com;eapotito@hotmail.com;mdaniels@newmanwilliams.com |
| Robert J Kidwell, III | on behalf of Debtor 2 Josephine Josie Bruno rkidwell@newmanwilliams.com<br>rjkidwell3rd@gmail.com;lbeaton@newmanwilliams.com;eapotito@hotmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | |

|  |  |
|---|---|
|  | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Efrain Bruno<br>lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |
| Vincent Rubino | on behalf of Debtor 2 Josephine Josie Bruno<br>lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Efrain Bruno and<br>Josephine Josie Bruno,<br>　　Debtors | : <br><br>:<br><br>: | Chapter 13<br><br>Case No. 20-bk-00087-RNO |
| Stillwater Lakes Civic Association, Inc.,<br>　　Movant<br><br>v.<br><br>Efrain Bruno and<br>Josephine Josie Bruno and<br>Charles J. DeHart, III, Trustee,<br>　　Respondents | :<br><br>:<br><br>:<br><br>:<br><br>: | Stipulation Resolving Objection<br>to Claim of Exemptions |

## ORDER

Upon consideration of the foregoing Stipulation, it is hereby ORDERED that the Stipulation is hereby APPROVED and ADOPTED as an Order of this Court.

Dated: December 1, 2020

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Bankruptcy Judge  (BI)