United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-00087-MJC |
| Efrain Bruno | Chapter 13 |
| Josephine Josie Bruno | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 4 |
| Date Rcvd: May 15, 2025 | Form ID: 3180W | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Efrain Bruno, Josephine Josie Bruno, PO Box 1013, Pocono Summit, PA 18346-1013 |
| 5289542 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, AMERICAN HONDA FINANCE CORP, 201 LITTLE FALLS DR, WILMINGTON, DE 19808 |
| 5289550 | + | GRATZ WASHENIK TAX COLL, COOLBAUGH MUN CENTER, 5574 MUNICIPAL DRIVE, TOBYHANNA, PA 18466-7714 |
| 5289553 | | JP MORGAN CHASE BANK, OHI 1272,340 S CLEVELAND AVE, BLDG 370, WESTERVILLE, OH 43081 |
| 5289555 | + | KEVIN HARDY ESQ, PO BOX 818, STROUDSBURG, PA 18360-0818 |
| 5289563 | + | STILLWATER LAKES CIVIC ASSOCIATION, 5144 HUMMINGBIRD DRIVE, POCONO SUMMIT, PA 18346-7674 |
| 5289568 | + | WAYNE BANK, 717 MAIN STREET, PO BOX 268, HONESDALE, PA 18431-0268 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | May 15 2025 22:38:00 | Ally Bank Lease Trust - Assignor to Vehicle Asset, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: PRA.COM | May 15 2025 22:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5289541 | + | EDI: GMACFS.COM | May 15 2025 22:38:00 | ALLY FINANCIAL, PO BOX 380901, BLOOMINGTON, MN 55438-0901 |
| 5290960 | | Email/Text: ebnbankruptcy@ahm.honda.com | May 15 2025 18:42:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 5314903 | | EDI: GMACFS.COM | May 15 2025 22:38:00 | Ally Bank Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 5423016 | + | EDI: AISACG.COM | May 15 2025 22:38:00 | Ally Bank Lease Trust - Assignor to Vehi, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5289543 | | EDI: BANKAMER | May 15 2025 22:38:00 | BANK OF AMERICA, FL9-600-02-26, PO BOX 45224, JACKSONVILLE, FL 32232-5224 |
| 5300104 | + | EDI: BANKAMER2 | May 15 2025 22:38:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5289544 | + | EDI: CAPIO.COM | May 15 2025 22:38:00 | CAPIO PARTNERS, 2222 TEXOMA PKWY, SUITE 150, SHERMAN, TX 75090-2481 |
| 5289545 | | EDI: CAPITALONE.COM | May 15 2025 22:38:00 | CAPITAL ONE, PO BOX 30285, SALT LAKE |

| Recipient ID | Method | Date/Time | Address |
|---|---|---|---|
| | | | CITY, UT 84130-0285 |
| 5289546 | ^ MEBN | May 15 2025 18:36:59 | CAPITAL ONE BANK (USA), NA, C/O HAYT, HAYT & LANDAU, LLC, MERIDAN CTR I, 2 INDUSTRIAL WAY W., EATONTOWN, NJ 07724-2265 |
| 5289548 | Email/Text: correspondence@credit-control.com | May 15 2025 18:42:00 | CREDIT CONTROL LLC, 5757 PHANTOM DRIVE, SUITE 330, HAZELWOOD, MO 63042 |
| 5299577 | EDI: CAPITALONE.COM | May 15 2025 22:38:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5289549 | ^ MEBN | May 15 2025 18:36:45 | GEISINGER, 100 NORTH ACADEMY AVENUE, DANVILLE, PA 17822-3941 |
| 5289551 | Email/Text: bankruptcy.notices@hdfsi.com | May 15 2025 18:42:00 | HARLEY DAVIDSON CREDIT CORP, ATTN RIDER SERVICES, PO BOX 22048, CARSON CITY, NV 89721-2048 |
| 5307642 | + Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | May 15 2025 18:41:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 5289552 | EDI: IRS.COM | May 15 2025 22:38:00 | INTERNAL REVENUE SERVICE, SPECIAL PROCEDURE BRANCH, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5289554 | + EDI: JPMORGANCHASE | May 15 2025 22:38:00 | JPMCB CARD, PO BOX 15369, WILMINGTON, DE 19850-5369 |
| 5295410 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 15 2025 18:41:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5289556 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 15 2025 18:42:00 | LEXUS FINANCIAL, PO BOX 8026, CEDAR RAPIDS, IA 52408-8026 |
| 5313071 | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2025 18:50:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5289557 | Email/Text: unger@members1st.org | May 15 2025 18:42:00 | MEMBERS 1ST FCU, PO BOX 40, MECHANICSBURG, PA 17055-0040 |
| 5289558 | + Email/Text: MKnitter@monroecountypa.gov | May 15 2025 18:42:00 | MONROE COUNTY TAX CLAIM BUREAU, 1 QUAKER PLAZA, ROOM 104, STROUDSBURG, PA 18360-2141 |
| 5289560 | Email/Text: bankruptcies@penncredit.com | May 15 2025 18:41:00 | PENN CREDIT, PO BOX 69703, HARRISBURG, PA 17106-9703 |
| 5289561 | + Email/Text: clientservices@simonsagency.com | May 15 2025 18:42:00 | SIMONS AGENCY, 4963 WINTERSWEET DRIVE, LIVERPOOL, NY 13088-2176 |
| 5289562 | + EDI: CONVERGENT.COM | May 15 2025 22:38:00 | SPRINT, C/O CONVEGENT OUTSOURCING, PO BOX 9004, RENTON, WA 98057-9004 |
| 5289564 | EDI: SYNC | May 15 2025 22:38:00 | SYNCHRONY BANK, ATTN BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5289977 | ^ MEBN | May 15 2025 18:37:06 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5289565 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 15 2025 18:42:00 | TOYOTA FINANCIAL SERVICES, PO BOX 8026, CEDAR RAPIDS, IA 52408-8026 |
| 5303035 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | May 15 2025 18:41:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5303472 | Email/PDF: bncnotices@becket-lee.com | May 15 2025 18:50:46 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5289566 | Email/Text: EDBKNotices@ecmc.org | May 15 2025 18:41:00 | US DEPT OF EDUCATION, PO BOX 16448, |

| | | | |
|---|---|---|---|
| 5289567 | Email/Text: bankruptcy.accounts@wakeassoc.com | May 15 2025 18:41:00 | SAINT PAUL, MN 55116-0448<br>WAKEFIELD & ASSOCIATES, 7005 MIDDLEBROOK PIKE, KNOXVILLE, TN 37909 |

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Stillwater Lakes Civic Association, Inc., 5144 Hummingbird Drive, Pocono Summit, PA 18346-7674 |
| 5314530 | *+ | Stillwater Lakes Civic Association, Inc., 5144 Hummingbird Drive, Pocono Summit, PA 18346-7674 |
| 5303036 | *+ | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5289547 | ## | CENTRAL RESEARCH, INC., PO BOX 1460, LOWELL, AR 72745-1460 |
| 5289559 | ## | NATIONWIDE CREDIT INC, PO BOX 14581, DES MOINES, IA 50306-3581 |

TOTAL: 0 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2025  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Warmbrodt | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| Keri P Ebeck | on behalf of Creditor Toyota Lease Trust kebeck@bernsteinlaw.com<br>btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Monroe County Tax Claim Bureau | TZito@monroecountypa.gov TZito@monroecountypa.gov;CTreible@monroecountypa.gov |
| Philip W. Stock | on behalf of Creditor Stillwater Lakes Civic Association Inc. pwstock@ptd.net |
| Robert J Kidwell, III | on behalf of Debtor 1 Efrain Bruno rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| Robert J Kidwell, III | on behalf of Debtor 2 Josephine Josie Bruno rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 2 Josephine Josie Bruno<br>lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

Vincent Rubino
    on behalf of Debtor 1 Efrain Bruno
    lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

TOTAL: 10

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Efrain Bruno<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3675<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | Josephine Josie Bruno<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0776<br>EIN   __–_____ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:   5:20–bk–00087–MJC | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Efrain Bruno

Josephine Josie Bruno
aka Josie Bruno, aka Josephine Gomez, aka Josephine Bruno, aka Josephine J. Bruno, aka Josephine Gomez Bruno

5/15/25

**By the court:**

_[signature]_

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W  **Chapter 13 Discharge**  page 2