United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                     Case No. 20-00087-MJC

Efrain Bruno                                                          Chapter 13

Josephine Josie Bruno

     Debtors

# CERTIFICATE OF NOTICE

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2025:**

**Recip ID**     **Recipient Name and Address**
db/jdb           Efrain Bruno, Josephine Josie Bruno, PO Box 1013, Pocono Summit, PA 18346-1013

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2025          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Warmbrodt | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| Keri P Ebeck | on behalf of Creditor Toyota Lease Trust kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Monroe County Tax Claim Bureau | TZito@monroecountypa.gov  TZito@monroecountypa.gov;CTreible@monroecountypa.gov |
| Philip W. Stock | on behalf of Creditor Stillwater Lakes Civic Association  Inc. pwstock@ptd.net |
| Robert J Kidwell, III | on behalf of Debtor 1 Efrain Bruno rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| Robert J Kidwell, III | on behalf of Debtor 2 Josephine Josie Bruno rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |

United States Trustee
        ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino
        on behalf of Debtor 1 Efrain Bruno
        lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.
        com;swiggins@newmanwilliams.com

Vincent Rubino
        on behalf of Debtor 2 Josephine Josie Bruno
        lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.
        com;swiggins@newmanwilliams.com


TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Efrain Bruno, | Chapter 13 |
| **Debtor 1** | |
| | Case No. 5:20−bk−00087−MJC |
| Josephine Josie Bruno, aka Josie Bruno, aka Josephine Gomez, aka Josephine Bruno, aka Josephine J. Bruno, aka Josephine Gomez Bruno, | |
| **Debtor 2** | |

Social Security No.:

xxx−xx−3675          xxx−xx−0776

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated:  July 10, 2025

**fnldec** (01/22)